THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ROBERT ANDREW MEEK,<br><br>Plaintiff,<br><br>v.<br><br>WESLEYLIFE d/b/a BRIO OF JOHNSTON,<br><br>Defendant. | CIVIL ACTION NO. _____<br><br>NOTICE OF REMOVAL OF ACTION FROM THE IOWA DISTRICT COURT FOR POLK COUNTY, CASE NO. LACL14911 BASED ON 28 U.S.C. 1331 and 1446 |

PLEASE TAKE NOTICE that Defendant WesleyLife d/b/a Brio of Johnston, pursuant to 28 U.S.C. §§ 1331 and 1446, files this Notice of Removal based on Federal Question Jurisdiction to remove to the United States District Court for the Southern District of Iowa, Central Division, an action initiated against it in the Iowa District Court for Polk County.  Removal of this action is based on the following:

1. Plaintiff Robert Andrew Meek ("Meek") filed an action in the Iowa District Court in and for Polk County, Iowa on or around December 18, 2020. Defendant accepted service on December 23, 2020, and timely filed a Notice of Removal pursuant to 28 U.S.C. § 1446(b) on January 21, 2021.

2. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a), copies of all pleadings and orders filed in the state court case are attached hereto and marked as Exhibit A.

3. Pursuant to 28 U.S.C. § 1446(d), Defendant has furnished a copy of this Notice of Removal to the Clerk of the District Court in Polk County and to counsel for Plaintiff.

#3246607

4.      No further or other proceedings have been filed in the Iowa District Court for Polk County relating to this action that will require resolution by this Court as of the date of filing this Notice of Removal pursuant to Local Rule 81(a)(2).

5.      By filing this Notice of Removal, Defendant does not waive any defenses that may be available to it and expressly reserve all such defenses, objections, and motions.

## Venue

6.      The Southern District of Iowa, Central Division, is the federal district embracing Polk County, where the suit was originally filed. Venue, therefore, is appropriate in this district, pursuant to 28 U.S.C. § 1441(a).

## Basis of Removal – Federal Question Jurisdiction

7.      This action may be properly removed pursuant to 28 U.S.C. § 1331. The Complaint explicitly sets forth multiple causes of action, specifically a violation of Title VII of the Civil Rights Act of 1964, a violation of the Family Medical Leave Act, and a violation of the Americans with Disabilities Act Amendments Act of 1990, which arise under the federal laws of the United States. (*See* Exhibit A, ¶ 3).

8.      Plaintiff also asserts state law claims of discrimination, which fall within the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Accordingly, by virtue of 28 U.S.C. § 1441(c), Defendant is entitled to remove this case to this Court.

9.      This Notice of Removal is timely because it is filed within thirty (30) days of when Defendant was served the Original Notice and Petition and within one year of the date the action was commenced, in accordance with 28 U.S.C. § 1446(b)

WHEREFORE, in accordance with the statutory authority set forth above, Defendant hereby removes this action from the Iowa District Court for Polk County, Polk County, Iowa to the United States District Court for the Southern District of Iowa, Central Division.

/s/Sarah K. Franklin
Sarah K. Franklin  AT0009630
Katie E. Anderegg  AT0013357
DAVIS, BROWN, KOEHN, SHORS
& ROBERTS, P.C.
215 10th Street, Suite 1300
Des Moines, IA  50309
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
Email:  SarahFranklin@davisbrownlaw.com
Email:  KatieAnderegg@davisbrownlaw.com

ATTORNEYS FOR DEFENDANT

Copy to:

Drew Gentsch
WHITFIELD & EDDY, P.L.C.
699 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Telephone: (515) 288-6041
Facsimile: (515) 246-1474
Email: gentsch@whitfieldlaw.com

ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on January 21, 2020, by:

☐ US Mail  ☐ FAX
☐ Hand Delivered  ☐ Other
☐ Email  ☒ CM/ECF

Signature: /s/Sarah K. Franklin