## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| ROBERT ANDREW MEEK, | Case No. 4:21-cv-00014 |
| Plaintiff, | |
| v. | |
| WESLEYLIFE d/b/a BRIO OF JOHNSTON, | **DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Plaintiff Robert Andrew Meek dismisses with prejudice this action and all causes of action filed in this case with Defendant WesleyLife d/b/a Brio of Johnston's consent. Each side to pay their own fees and costs.

**DENTONS DAVIS BROWN PC**
215 10th Street, Suite 1300
Des Moines, IA 50309
Telephone: (515) 288-2500
Facsimile: (515) 243-0654
Email: sarah.franklin@dentons.com
Email: katie.anderegg@dentons.com

/s/Katie E. Anderegg
Sarah K. Franklin AT0009630
Katie E. Anderegg AT0013357

ATTORNEYS FOR DEFENDANT

**WHITFIELD & EDDY, P.L.C.**
699 Walnut Street, Suite 2000
Des Moines, Iowa 50309
Telephone: (515) 288-6041
Facsimile: (515) 246-1474
Email: gentsch@whitfieldlaw.com
Email: chalik@whitfieldlaw.com

/s/ Drew J. Gentsch
Drew J. Gentsch

/s/ Peter J. Chalik
Peter J. Chalik
ATTORNEYS FOR PLAINTIFF

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on January 31, 2022, by:

☐ US Mail      ☐ FAX
☐ Hand Delivered      ☐ Other
☐ Email      ☒ CM/ECF

Signature: _/s/ Peter Chalik_____